UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:24-cr-55

vs.

THOMAS WILLIAM KENT,         District Judge Michael J. Newman

    Defendant.

---

### ORDER DENYING MOTION TO SUPPRESS AS MOOT (Doc. No. 21)

---

The parties' filed a joint motion for a change of plea hearing. Doc. No. 28. Accordingly, Defendant Thomas William Kent's motion to suppress is **DENIED WITHOUT PREJUDICE AS MOOT**.

    **IT IS SO ORDERED.**

November 20, 2024                                s/*Michael J. Newman*
                                                    Hon. Michael J. Newman
                                                    United States District Judge